M. Crawford, Esquire, of Tampa, Florida, is appointed to serve as counsel for the petitioner in this case.

**No. 10-8020. Michael Spataro, Petitioner v. United States.**

563 U.S. 973, 131 S. Ct. 2896, 179 L. Ed. 2d 1186, 2011 U.S. LEXIS 3422.

May 2, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10-8444. Thomas Edward Throckmorton, Petitioner v. United States.**

563 U.S. 973, 131 S. Ct. 2896, 179 L. Ed. 2d 1186, 2011 U.S. LEXIS 3490.

May 2, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-8833. Lisa J. Gillard, Petitioner v. Northwestern University.**

563 U.S. 973, 131 S. Ct. 2896, 179 L. Ed. 2d 1186, 2011 U.S. LEXIS 3399.

May 2, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-9209. Gina Purvis, Petitioner v. Daniel Oest, et al.**

563 U.S. 973, 131 S. Ct. 2896, 179 L. Ed. 2d 1186, 2011 U.S. LEXIS 3529.

May 2, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 23, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9470. Boubacar Barry, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 973, 131 S. Ct. 2897, 179 L. Ed. 2d 1186, 2011 U.S. LEXIS 3401.

May 2, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 23, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9617. Monika Lukasiewicz-Kruk, Petitioner v. Greenpoint YMCA, et al.**

563 U.S. 973, 131 S. Ct. 2897, 179 L. Ed. 2d 1186, 2011 U.S. LEXIS 3508.

May 2, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 23, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

